UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

SZS SOLUTIONS, INC.,

        Plaintiff,

vs.

BROTHER INTERNATIONAL CORPORATION,

        Defendant.
_____/

## COMPLAINT

Plaintiff, SZS SOLUTIONS, INC., (hereinafter "SZS"), by and through undersigned counsel, hereby sues Defendant, BROTHER INTERNATIONAL CORPORATION (hereinafter "Brother"), and states as follows:

## PRELIMINARY STATEMENT

1. In this classic David vs. Goliath saga, David has said "enough"—he will be bullied no longer. Brother can no longer jeopardize hard-working American's livelihoods simply because it wants control over the market. This lawsuit seeks to put an end to Brother's pattern of bullying the little guy via injunctive relief as well as to recover damages caused by Brother.

## JURISDICTION AND VENUE

2. This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. 1332 because Plaintiff and Defendant are citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

3. Venue in this District is proper because Plaintiff resides here, the actions that give rise to this action accrued in the District, and because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

**Rodal Law, P.A.**
3201 Griffin Road, Suite 203 ● Dania Beach, Florida 33312 ● Telephone (954) 367-5308 ● Facsimile (954) 900-1208
www.Rodallaw.com

4. This Court has personal jurisdiction over Brother because: (a) Brother is operating, present, and doing business within this jurisdiction, and (b) Brother's breaches and illicit activity occurred within this jurisdiction.

## PARTIES

5. SZS is a corporation formed under the laws of the State of Florida.

6. Brother is a corporation formed under the laws of the State of Delaware with its headquarters and principal place of business in Bridgewater, New Jersey.

7. All conditions precedent to this action have occurred or have been waived.

## GENERAL ALLEGATIONS

8. As stated on its own website, "Brother International Corporation is a premier provider of home, home office, and business products, as well as industrial solutions that revolutionize the way we live and work[1]." Brother is well known for their range of printers and copy machines, and employs approximately 1,200 people in the Americas.

9. SZS is in the business of selling products through the online retail marketplace Amazon.com ("Amazon").

10. Among the products sold by SZS are toners cartridges, including toner cartridges manufactured by Brother.

11. The toner cartridges are manufactured by Brother and then sold to wholesalers and vendors to place in the stream of commerce.

12. SZS purchases authentic Brother toner cartridges and then resells the toner cartridges on Amazon.

13. Brother desires to control the toner market as best as it can through various mechanisms, including but not limited to Minimum Advertised Price ("MAP") agreements.

---

[1] http://www.brother-usa.com/brother.aspx

**Rodal Law, P.A.**
3201 Griffin Road, Suite 203 ● Dania Beach, Florida 33312 ● Telephone (954) 367-5308 ● Facsimile (954) 900-1208
www.Rodallaw.com

14. For reason still unknown to SZS, Brother decided it didn't want SZS to sell its legitimate and authentic products.

15. With no legal way to block SZS, on or about May 9, 2017, Brother decided instead to just fabricate a story and informed Amazon that SZS had infringed on its intellectual property rights in what appeared to be a so-called "take down notice".

16. Brother knows that Amazon follows the Digital Millennium Copyright Act notice-and-takedown process which essentially exempts Amazon of liability for copyright infringing acts by its users, if *inter alia* once given a proper take down notice it "responds expeditiously to remove, or disable access to, the material that is claimed to be infringing[2]".

17. It was the knowledge that Amazon would promptly remove SZS's listings that caused Brother to falsely inform Amazon that SZS had infringed on its intellectual property rights.

18. In turn, Amazon sent SZS a "Warning: Notice of Intellectual Property Rights Infringement."

19. More importantly, along with the warning, Amazon removed all listings SZS had for Brother products including for "ASIN: B00004SDB5, Brother TN430 Standard Yield Toner Cartridge" and "ASIN: B008HCXV1S, Brother Printer TN780 Super High Yield Toner Cartridge."

20. In the world of the Amazon market place, such a warning is highly problematic as Amazon is able to suspend or completely remove a seller's selling privileges based upon such notices, as Amazon wrote to SZS in its Warning, "[w]e consider intellectual property infringements a serious matter, and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com."

---

[2] *See* 17 U.S.C. 512(c)(1)

**Rodal Law, P.A.**
3201 Griffin Road, Suite 203 ● Dania Beach, Florida 33312 ● Telephone (954) 367-5308 ● Facsimile (954) 900-1208
www.Rodallaw.com

21. On the very same day it received the Notice, SZS responded to Amazon as well as to the provided Brother Compliance email address, clarifying that there had not been any infringement and requested the Brother indicate what it believed the infringement to have been.

22. SZS received no response to its email to Brother Compliance so it reached out to Brother's legal team and was directed by Brother's Senior Corporate Counsel, Sarah Muhlstock, to correspond with Brother via the prior Brother Compliance email address.

23. After a few more days went by without a response from Brother Compliance, despite additional emails, SZS again reached out to Ms. Muhlstock and asked for a phone number or for another contact in the department to discuss this pressing matter.

24. It became clear that Brother could not in any way back up its claim and was seeking solely to have SZS's product listings removed from Amazon.

25. Finally, after multiple additional unheeded emails to Brother from SZS, Amazon informed SZS that it had reviewed its appeal and had reinstated the Brother listings.

26. SZS had fought back and won, and that was the end of it. Or not.

27. To SZS's great dismay, on September 12, 2017, SZS received another "Warning: Notice of Intellectual Property Rights Infringement" from Amazon with respect to certain Brother listings.

28. Once again, Amazon froze SZS's listings and put SZS in danger of getting completely shut down.

## COUNT I – DEFAMATION

SZS re-alleges, and adopts by reference herein, Paragraphs 1-28 above, and further alleges:

29. On May 9, 2017, and September 12, 2017, Brother sent defamatory notices

regarding and concerning SZS which exposed SZS to liability, injured its reputation, and caused Amazon to suspend certain listings of SZS.

30. In its Notices, Brother informed Amazon that SZS has infringed on its intellectual property rights which it knew to be false at the time it sent the Notices.

31. Brother acted knowingly and maliciously by publishing these recklessly false and defamatory statements about SZS without taking reasonable care to determine their falsity.

32. Brother's defamatory Notices significantly disparages SZS in the eyes of Amazon and its customers.

33. As a direct and proximate cause of Brother's actions, SZS has been damaged, including through loss of sales and injury to its reputation.

34. SZS has also been damaged in other and further ways subject to proof at trial.

**WHEREFORE**, Plaintiff, SZS SOLUTIONS, INC., demands entry of judgment against Defendant, BROTHER INTERNATIONAL CORPORATION, for damages, for an order enjoining Brother from sending any further false notices to Amazon referencing SZS or its Amazon sellers, and such other relief as this Court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury in this action of all issues so triable.

Respectfully Submitted,

/s/ *Yechezkel Rodal*
Yechezkel Rodal, Esq.
Florida Bar Number: 91210
Rodal Law, P.A.
*Attorney for Plaintiff*
3201 Griffin Road, Suite 203
Dania Beach, Florida 33312
Telephone:    (954) 367-5308
E-mail: Chezky@Rodallaw.com

5 | P a g e
**Rodal Law, P.A.**
3201 Griffin Road, Suite 203 ● Dania Beach, Florida 33312 ● Telephone (954) 367-5308 ● Facsimile (954) 900-1208
www.Rodallaw.com